[No. 8622–4–III.  Division Three.  June 28, 1988.]

DAVID O. PATE, *Respondent,* v. Q. LEIGH SUMMERS,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–01742–3, Michael E. Donohue, J., entered May 14, 1987. *Reversed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.

[No. 8842–8–II.  Division Two.  June 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL G. McCLELLAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–01153–1, D. Gary Steiner, J., entered June 11, 1985. *Affirmed* by unpublished opinion per Kolbaba, J. Pro Tem., concurred in by Kruse and Utter, JJ. Pro Tem.

[No. 10527–6–II.  Division Two.  June 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH DELANCE SPINK, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00069–0, Gary W. Velie, J., entered November 21, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.

[No. 10019–3–II.  Division Two.  June 28, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MELVIN R. KINCAID, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 85–1–00070–6, Robert J. Doran, J., entered May 1, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.